# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| BJORN JOHNSON CONSTRUCTION, LLC, a Montana Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SOMPO INTERNATIONAL HOLDINGS, LTD d/b/a SOMPO INTERNATIONAL INSURANCE, a Bermuda Company; LEXON INSURANCE COMPANY, a Texas Company,<br><br>Defendant. | Case No. 2:22-cv-00019-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SEAL EXHIBIT 2 OF DEFENDANTS' BRIEF IN SUPPORT OF COMBINED MOTION TO STRIKE JURY DEMAND AND DISMISS** |

Upon motion of Defendants Sompo International Holdings, Ltd. and Lexon Insurance Company, and good cause appearing therefore, **IT IS HEREBY ORDERED** that Defendants' Motion to Seal Exhibit 2 is **GRANTED**. Exhibit 2 of Defendants' Brief in Support of Combined Motion to Strike Jury Demand and to Dismiss (Dkt. 16-2), is **ORDERED** sealed.

Dated this 26th day of April, 2022.

_____
Brian Morris, Chief District Judge
United States District Court