IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BJORN JOHNSON CONSTRUCTION, LLC, a Montana Limited Liability Company; <br><br> Plaintiff, <br> v. <br><br> SOMPO INTERNATIONAL HOLDINGS, LTD. d/b/a SOMPO INTERNATIONAL, a Bermuda Company a/k/a LEXON SURETY GROUP, LLC, a New York Company, <br><br> Defendants. | Case No.: 2:22-cv-00019-BMM <br><br> **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR REMOTE APPEARANCE AT THE HEARING FOR DEFENDANTS' MOTION TO DISMISS** |

Plaintiff Bjorn Johnson Construction, LLC ("BJC"), by and through its attorneys of record, Piskel Yahne Kovarik, PLLC, having respectfully moved this Court for an Order allowing its counsel to appear remotely by video or

telephone at the hearing for Defendants' Motion to Dismiss, and good cause appearing therefore,

IT IS ORDERED that BJC's counsel may appear by ZOOM at the hearing on Defendants' Motion to Dismiss currently scheduled for June 22, 2022 at 9:00 a.m. BJC's counsel will contact the Clerk of Court for the ZOOM link.

_____
Brian Morris, Chief District Judge
United States District Court