THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BJORN JOHNSON CONSTRUCTION, LLC, a Montana Limited Liability Company;<br><br>Plaintiff,<br>v.<br><br>SOMPO INTERNATIONAL HOLDINGS, LTD. d/b/a SOMPO INTERNATIONAL INSURANCE, a Bermuda Company; LEXON SURETY GROUP, LLC, a Texas Company,<br><br>Defendants. | Case No.: 2:22-cv-00019-BMM<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation between the parties, and the Court being fully informed and advised, NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action, including all claims and counterclaims, is hereby dismissed with

prejudice and without attorney fees, costs, or expenses to any party.

DATED this 26th day of June 2023.

_____
Brian Morris, Chief District Judge
United States District Court